```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

|  |  |
|---|---|
| PHILLIPSBURG ASSOCIATES, L.P., | CIVIL ACTION NO. 06-2767 (MLC) |
| Plaintiff, | **MEMORANDUM OPINION** |
| v. |  |
| INTERNATIONAL TRAINING INSTITUTE OF AMERICA, INC., |  |
| Defendant. |  |

**THE COURT** ordering the plaintiff to show cause why the complaint should not be dismissed for lack of jurisdiction under 28 U.S.C. § 1332 (dkt. entry nos. 2 & 5); and the plaintiff, in response, "pursuant to Fed. R. Civ. P. 41(a)(1) . . . voluntarily dismiss[ing], without prejudice, its claims asserted in this matter" (8-17-06 Notice by Anthony L. Gallia); and thus the Court intending to (1) vacate the order to show cause, (2) dismiss the complaint without prejudice, and (3) close the action; and for good cause appearing, the Court will issue an appropriate order and judgment.

```
                                    s/ Mary L. Cooper
                                  MARY L. COOPER
                                  United States District Judge
```

```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

|  |  |
|---|---|
| PHILLIPSBURG ASSOCIATES, L.P., : | CIVIL ACTION NO. 06-2767 (MLC) |
| Plaintiff, : | **ORDER & JUDGMENT** |
| v. : |  |
| INTERNATIONAL TRAINING : |  |
| INSTITUTE OF AMERICA, INC., : |  |
| Defendant. : |  |

For the reasons stated in the Court's memorandum opinion, **IT IS** on this    18th    day of August, 2006, **ORDERED** that the Court's order to show cause (dkt. entry nos. 2 & 5) is **VACATED**; and

**IT IS FURTHER ADJUDGED** that the complaint is **DISMISSED** without prejudice; and

**IT IS FURTHER ORDERED** that the Clerk of the Court designate the action as **CLOSED.**

                                    s/ Mary L. Cooper
                                    **MARY L. COOPER**
                                    United States District Judge